# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**IN THE MATTER OF:**

Melissa Marie Martz

_____/
 Debtor

Case: 11-55938
Chapter: 13
Judge: Shefferly

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 7, 2011 a copy of the CHAPTER 13 PLAN was served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

\*\*See Attached Matrix List

/S/ Amie Duffy
Amie Duffy
Marrs & Terry, PLLC
6553 Jackson Rd
Ann Arbor, MI 48103
(734) 663-0555
marrsandterry@yahoo.com