| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 11-55938-pjs<br>Eastern District of Michigan<br>Detroit<br>Tue Jun  7 15:37:10 EDT 2011 | 2<br>211 West Fort Street<br>Detroit, MI 48226-3244 | Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065-6285 |
| Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | D'am-Ham Holdings LLC<br>1744 Robindale<br>Dearborn, MI 48128-1015 |
| Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 | Gemb/ge Money Loc<br>Attn:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sams Club<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | Sears/cbsd<br>8725 W. Sahara Ave<br>The Lakes, NV 89163-0001 |
| (p)TIME PAYMENT CORP<br>16 NEW ENGLAND EXECUTIVE PARK<br>STE 200<br>BURLINGTON MA 01803-5222 | US Trustee<br>211 W Fort St<br>Detroit, MI 48226-3277 | Victoria's Secret<br>Po Box 182124<br>Columbus, OH 43218-2124 |
| Wffinancial<br>Po Box 7648<br>Boise, ID 83707-1648 | Wfnnb/New York & Compa<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | Melissa Marie Martz<br>35966 Somerset St.<br>Westland, MI 48186-4115 |
| Tricia Stewart Terry<br>6553 Jackson Rd.<br>Ann Arbor, MI 48103-9598 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Rc<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | Time Payment Corp.<br>10-M Commerce Way<br>Woburn, MA 01801 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     0<br>Total                  18 |