UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Melissa Martz                                 Case No. 11-55938
                                                   Honorable Shefferly
                                                   Chapter 13
            Debtor
_____/

## AFFIDAVIT

I, Melissa Martz, after being duly sworn, state as follows:

1.) I am self employed and do not receive a pay check.
2.) As I do not have any income subject to wage assignment my Chapter 13 Plan payment must be made via ACH withdrawal.

Dated: 6/20/11                              _/s/ Melissa M Martz_
                                                                Signature

Subscribed and sworn to before me
This 20th day of June, 2011

_/s/ Notary_, Notary public

Washtenaw County of Michigan

My commission expires: 11/28/14