UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Melissa Martz

CHAPTER 13
CASE NO. 11-55938
JUDGE: Shefferly

Debtor(s).
_____/

## STIPULATION EXCUSING ENTRY OF THIRD PARTY PAYMENT ORDER AND ORDER TO DEBTOR TO REMIT PAYMENTS TO CHAPTER 13 TRUSTEE BY ELECTRONIC TRANSFER OF FUNDS

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and having sought to excuse entry of a third-party payment order as required by E.D. Mich. LBR 1007-1(c)(1)(A) and requesting to remit payments to the Chapter 13 Trustee by electronic transfer of funds pursuant to E.D. Mich. LBR 1007-1(c)(1)(B) from the debtor's(s') bank account for the following reasons: Debtor is self employed and does not receive a pay check or other wages subject to assignment and further seeking entry of this Order without notice inasmuch as the third-party payment order may be entered without notice, and the consent of the Trustee having been obtained, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY STIPULATED that entry of a third-party payment order pursuant to E.D. Mich. LBR 1007-1(c)(1)(A) is excused pursuant to E.D. Mich. LBR 9029-1(e) in the above-captioned matter, or in the event a previous third-party payment order was entered, said Order is voided and held for naught until further Order of the Court;

IT IS FURTHER STIPULATED that within 10 days of the entry of this Order, the Debtor(s) shall complete the approved **Authorization Agreement for Preauthorized Payments (ACH)**\*\* authorizing the Chapter 13 Trustee, David Ruskin, or his/her successor, to initiate debit and/or credit entries to the bank account listed in the agreement in the amount of $370.00 per month until further order of the Court;

IT IS FURTHER STIPULATED that these payments shall commence as of July 7, 2011, as required by 11 USC § 1326(a)(1). Any attempt to terminate the ACH or challenge a withdrawal made pursuant to the ACH shall be made only after obtaining permission of the Bankruptcy Court. Failure to seek prior authorization to terminate the agreement or challenge a withdrawal under the agreement may constitute cause for dismissal pursuant to 11 USC §1307 and may result in further sanctions, as determined by the court.

Stipulated and approved for entry:

/s/ David William Ruskin
David William Ruskin
Chapter 13 Trustee
1100 Travelers Tower
2655 Evergreen Road
Southfield, MI 48076
(248) 352-7755

Stipulated and approved for entry:

/s/ Tricia S. Terry
Tricia S. Terry (P59522)
Attorney for Debtor(s)
6553 Jackson Road
Ann Arbor, MI 48103
(734) 663-0555
Marrsandterry@yahoo.com

/s/ Melissa Martz
Debtor

_____
Debtor

\*\*Approved form of ACH agreement (Preauthorized Payments (ACH)) is available from the website of the assigned Chapter 13 Trustee.