**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**


**IN THE MATTER OF:**

**Martz, Melissa M.**

_____/
  **Debtor**

                **Case: 11-55938**
                **Chapter: 13**
                **Judge: Shefferly**


## CERTIFICATE OF SERVICE

        The undersigned certifies that on August 4, 2011 a copy of the AMENDED CHAPTER 13 PLAN, along with Proof of Service of same, was served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:


        **See Attached Matrix List


                            /S/  Alex Savickas
                            Alex Savickas
                            Marrs & Terry, PLLC
                            6553 Jackson Rd
                            Ann Arbor, MI 48103
                             (734) 663-0555